In re Estate of Theodore B. Dukes.
Maggie Oliver, Plaintiff-Appellant, v. Mattie Dukes Williams, Defendant-Appellee.

Gen. No. 53,007.

First District, Third Division.
September 11, 1969.

Everett Simpson, of Chicago, for appellant; William C. Ritter, of Chicago (Lawrence E. Haliburton, Clinton O. Sims, Glenn C. Fowlkes, and Joseph W. Handy, Jr., of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.